R.E.D-I-DC-10-904094 76,670-04

Supplemental to 11.07

I am not sure how to do this. As I am not an Attourney and doing this Pro Se, I have found fundemental error on part of the trial court. In Intoduction of evidence during Trial from a cause or case that has been dissmised. That according to Rules of Evidence is inadmisstable due to not convicting defendant of the charge makes it inadmisslable and Irrelevant. Thereby violating Due Process Rights of the defendant to a fair trial. v I A Evidence of accused Propensity to commit crimes not material to accused guilt of specidied charge by State and that is inadmisslable. Chavez v State CAPP 7 Dist 199

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

S.W. 2d. 62

PG 1

copy 1

also Evidence of Extreaneous unadjudicated offences are not admisslable during Punishment phase of trial (APP6 Dist 1993) 864 S.W. 2d. 140

Also Rule 404 states that Introduction of Extreaneous offence to the jury is Prejudicial and thus harms defendant as it requires defendant to defend against not only the offence which he is charged but also his or her uncharged actions and the jury has a natural inclination to infer guilt to charged offence from extreaneous offence. Abdnor v State (Cr App 1994)

Rule 404 also offers this Three days before start of trial was not reasonable notice of States Intent to use evidence of other crimes or acts notice did not allow defendant time to Prepare for Indroduction of evidence and defendant had requested notice of evidence of or Intent to use such evidence

PG-2

copy 1

Hernandez v State (App 10 Dist 1996)
914 S.W. 2d 226 mr wares testimony
was not expected along with the hard
evidence that was presented during trial
It the solicitation to commit capitol murder
was dismissed August 24th 2011 after it
was used improperly during defendents trial
D-1-DC-10-904094 Attempted capitol murder
and I was sentenced to 20 years the rest of
my life in T.D.C.J. I do hereby request that
cause # D-1-DC-10-904094 be dismissed or
exonerated on because of trial courts
denial of the Defendants Right to Due
Prosess There must be a conviction of the
extreneous offence to prove the use of the
evidence thereof
   also it is general error to admit evidience
of other offence when defendant is not
shown to be guilty of offence. Ruiz v State
   I am also presenting proof of these
alagations against the state in this motion

PG3                                          COPY 1

## Prayer

I do herby pray that the court of criminal Appeals grants the motion of this supplement to Defendants 11.07 and Rules appropriatly

## Certification

I Also certify that All this is True and under Penelty of the law herby Sighk and agree that id is True

Lamar Lovett

Lamar Lovett #1682455

mcConnell unit

3001 S. Emily Dr

Beeville TX 78102

PG 4

COPY 1

REGISTER OF ACTIONS
AMALIA RODRIGUEZ-MENDOZA
DISTRICT CLERK, TRAVIS COUNTY TEXAS

TIME: 01:56:00 PM
DATE: Apr 8, 2014
PAGE: 3

D-1-DC-10-904094                              STATE VS.LOVETT,LAMAR
              PARTY:
      COURT/JUDGE: 299    299TH JUDICIAL DISTRICT COURT    STATUS:  TD    TDCJID SENTENCE
      FILING DATE: 11-18-2010                              CASE TYPE:  FEL    FELONY
DATE CASE ENTERED: 11-18-2010
   EVENT CATEGORY:
           PERIOD:            TO

| DATE | PARTY | EVENT | RECEIPT # | AMOUNT |
|---|---|---|---|---|
| 12-07-2010 | DF 1 | LETTER | | |
| 12-07-2010 | DF 1 | MTN:MOTION | | |
| | | MTN: INTRODUCING EVIDENCE OF SOLICITATION UNDER RULE 404(B) | | |
| 12-08-2010 | DF 1 | WARRANT RETURNED EXECUTED | | |
| 12-09-2010 | DF 1 | APPLICATION FOR SUBPOENA | | |
| 12-09-2010 | DF 1 | APPLICATION FOR SUBPOENA | | |
| 12-10-2010 | DF 1 | TDCJID SENTENCE | | |
| 12-10-2010 | DF 1 | COUNT WAIVED | | |
| 12-10-2010 | DF 1 | COUNT WAIVED | | |
| 12-10-2010 | DF 1 | COUNT WAIVED | | |
| 12-10-2010 | DF 1 | TDCJID SENTENCE | | |
| 12-10-2010 | DF 1 | TDCJID SENTENCE | | |
| 12-10-2010 | DF 1 | TDCJID SENTENCE | | |
| 12-10-2010 | DF 1 | SNT:FELONY COURT COSTS | | $219.00 |
| | | Count 1-1 ($219.00) SNT:FELONY COURT COSTS | | |
| 12-10-2010 | DF 1 | MSF:FEL SENTENCED TIME | | 70.0.0.0 |
| | | Count 1-1 | | |
| | | Concurrent. | | |
| | | Sentenced: 70 years 0 months 0 days | | |

Cause No. 010C - 301929

THE STATE OF TEXAS

VS.

Lamar Lovett

IN THE 299TH JUDICIAL DISTRICT

COURT

TRAVIS COUNTY, TEXAS

### MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of _Solicitation to Commit Capital Murder_, for the reason:

| | |
|---|---|
| ☐ | The evidence is insufficient; |
| ☐ | The defendant was convicted in another case; |
| ☐ | The complaining witness has requested dismissal; |
| ☐ | The case has been refiled; |
| ☐ | The defendant is unapprehended; |
| ☐ | The defendant is deceased; |
| ☐ | The defendant has been granted immunity in light of his testimony; |
| ☒ | Other; _for further investigation_ |

and for cause would show the Court the following:

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted

_____
Assistant District Attorney

### ORDER

The foregoing motion having been presented to me on this the 24 day of August, A.D. 20 11, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

10:50 A hc

_____
Judge of the 299th Judicial District Court
of Travis County, Texas

Original-White; Defendant's Copy-Yellow; State's Copy-Pink

D.A. #D1DC10-301929/ MNI #1738720.....................................299th

No. D1DC10-301929 The State of Texas v. Lamar Lovett

## INDICTMENT

### Solicitation to Commit Capital Murder F1 15.03

Bond $

---

In The 403rd Judicial District Court of Travis County, Texas

---

---

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:**

**THE GRAND JURY,** for the County of Travis, State of Texas, duly selected, empanelled, sworn, charged, and organized as such at the July, 2010 Term, A.D., of the 403rd Judicial District Court for said County, upon its oath presents in and to said Court at said term, that Lamar Lovett, on or about the 10th day of July, 2010, and before the presentment of this Indictment, in the County of Travis, and State of Texas, did then and there, with intent that capital murder, a capital felony be committed, request, command, or attempt to induce Michael Ware to engage in specific conduct, to-wit: murder Phyllis Schwartz for remuneration, or for the promise of remuneration, that under the circumstances surrounding the conduct of Michael Ware, as Lamar Lovett believed them to be,

Filed In The District Court
of Travis County, Texas

OCT 07 2010

At_____M.
Amalia Rodriguez-Mendoza, Clerk

IN THE 299TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS

No. **D-1-DC-10-904094** THE STATE OF TEXAS    Vs. **LAMAR LOVETT**
SEX: M RACE: W ETHNICITY:
DOB: July 12, 1969
MNI: 1738720

## NOTICE OF INDICTMENT

TO THE SHERIFF OF TRAVIS COUNTY, TEXAS:

YOU ARE HEREBY COMMANDED to deliver to the defendant in the above numbered and entitled

cause the accompanying certified copy of Indictment in said cause charging the defendant with the offense

of **ATT CAPITAL MURDER**

**AGG SEXUAL ASSAULT OF ELDERLY/DISABLED PERSON**

**AGG SEXUAL ASSAULT OF ELDERLY/DISABLED PERSON**

**INJ DISABLED PERSON SBI/MENTAL**

**AGG SEXUAL ASSAULT**

**AGG SEXUAL ASSAULT**

**AGG ASSAULT W/DEADLY WEAPON** now pending in the **299TH JUDICIAL DISTRICT**

**COURT** of Travis County, Texas, and that you will make due return of this writ showing how you have

executed the same.

Issued and given under my hand and seal of the District Courts of Travis County, Texas on

**November 18, 2010 A.D.**

AMALIA RODRIGUEZ-MENDOZA
DISTRICT CLERK
TRAVIS COUNTY, TEXAS

BY _____
DEPUTY

SHERIFF'S RETURN

000012